25234900
 

 
 NUMBER 13-13-00697-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 
 IN RE FIRST MERCURY INSURANCE COMPANY
 

 On Petition for Writ of Mandamus.

 ORDER
 
 Before Justices Rodriguez, Garza, and Perkes
 Per Curiam Order
 
Relator, First Mercury Insurance Company, filed a petition for writ of mandamus in the above cause on December 13, 2013, requesting that we compel the trial court to vacate its order denying First Mercury's plea to the jurisdiction and to issue an order granting the plea. The Court requests that the real parties in interest, Estaban Hurtado, Gerardo Hurtado, San Juanita Davila, and Cristela Hurtado individually and as next friend of Juan Luis Huerta III, Misael Alejandro Huerta, and Britney Anaid Huerta, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. See Tex. R. App. P. 52.2, 52.4, 52.8. 
IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the 17th 
day of December, 2013.